FILED
CLERK, U.S. DISTRICT COURT

Jan 8, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KEVIN BURKHAMMER; AND, LACEY BURKHAMMER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

   Plaintiffs,

   v.

ACTION PROFESSIONALS, INC.,

   Defendant.

Case No.: CV14-6963 SVW (FFMx)

[PROPOSED] ORDER RE: PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

**HON. STEPHEN V. WILSON**

JS-6

Based upon Plaintiffs' Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to Plaintiffs and without prejudice as to the putative class members.

**IT IS SO ORDERED.**

Dated:   January 8, 2015     _____

        HON. STEPHEN V. WILSON
        UNITED STATES DISTRICT COURT JUDGE